IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEWART ABRAMSON, individually and :
on behalf of a class of all person and entities :
similarly situated, :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff, 　　 :　　C.A. No. 26-772-MN
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v. 　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
SAFE LIFE POLICY, LLC, 　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant. 　　　:

## DEFENDANT'S OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS

　　　Defendant Safe Life Policy, LLC ("Defendant"), by and through their undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing all claims asserted against them in the Complaint filed by Plaintiff Stewart Abramson, individually and on behalf of a class of all person and entities similarly situated ("Plaintiff") on June 30, 2026. Support for Defendant's Motion is set forth in the Opening Brief filed contemporaneously herewith.

　　　　　　　　　　　　　　　　　　HEYMAN ENERIO
　　　　　　　　　　　　　　　　　　GATTUSO & HIRZEL LLP

　　　　　　　　　　　　　　　　　　*/s/ Denise S. Kraft*
　　　　　　　　　　　　　　　　　　Aaron M. Nelson (#5941)
　　　　　　　　　　　　　　　　　　Denise S. Kraft (#2778)
　　　　　　　　　　　　　　　　　　Catherine M. Lynch (#7326)
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Ste. 900
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　302-472-7300
　　　　　　　　　　　　　　　　　　anelson@hegh.law
　　　　　　　　　　　　　　　　　　dkraft@hegh.law
　　　　　　　　　　　　　　　　　　clynch@hegh.law
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Safe Life Policy, LLC*

OF COUNSEL:

FELLOWS LABRIOLA LLP
Steven M. Kushner
233 Peachtree Street NW Suite 2400
Atlanta, GA 30303
404-586-9200
skushner@fellab.com

Dated:  July 30, 2026