IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEWART ABRAMSON, individually and : \
on behalf of a class of all person and entities : \
similarly situated, :

                           :

                 Plaintiff,     :    C.A. No. 26-772-MN

                           :

        v.                    :

                           :

SAFE LIFE POLICY, LLC,      :

                           :

              Defendant.    :

## [PROPOSED] ORDER

This matter having come before the Court on the Motion to Dismiss by Defendant Safe Life Policy, LLC pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the papers submitted in support of and in opposition to the Motion, including the

IT IS HEREBY ORDERED that this _____ day of _____, 2026 that the Motion to Dismiss is GRANTED.

_____

The Honorable Maryellen Noreika \
United States District Judge